UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LAURA A. APLIN,**

    **Plaintiff,**

vs.                          **CASE NO.: 8:24-CV-00373-TPB-TGW**

**HOA RESTAURANT HOLDER, LLC**

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT

Defendant, HOA Restaurant Holder, LLC, through its undersigned counsel and pursuant to Local Rule 3.09(a), M.D. Fla., notify the Court that the parties have reached a settlement of all claims in this matter. Upon finalization of the settlement documents, the parties will file a Joint Stipulation for Dismissal with Prejudice.

DATED this 5th day of April, 2024.

                                          Respectfully Submitted,

                                          */s/ Amy K. Recla*
                                          **AMY K. RECLA, ESQ.**
                                          **LEAD COUNSEL**
                                          Florida Bar No.: 102811
                                          **JAIME L. REITZ, ESQ.**
                                          Florida Bar No.: 1003684
                                          **JACKSON LEWIS, P.C.**
                                          100 South Ashley Drive

Suite 2200
Tampa, Florida 33602
Telephone: (813) 512-3229
Facsimile: (813) 512-3211
amy.recla@jacksonlewis.com
jaime.reitz@jacksonlewis.com
shelly.rundell@jacksonlewis.com
nichole.villa@jacksonlewis.com
TampaDocketing@jacksonlewis.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2024, a true and correct copy of *Notice of Settlement* was filed with the Clerk of Court, United States Middle District of Florida – Tampa Division, via the CM/ECF filing system which will send an electronic notice to counsel of record for Plaintiff, Kyle James Lee, Esq., Lee Law, PLLC, 1971 West Lumsden Road, Suite 303, Brandon, FL 33511, (Kyle@KyleLeeLaw.com).

*/s/ Amy K. Recla*
Attorney

4870-2482-3221, v. 1